No. 87–1032 (A–489). TEXAS v. LONG. Ct. Crim. App. Tex. Application for continuance of stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied. Certiorari denied. ■

No. 87–1213. BAJA CONTRACTORS, INC., ET AL. v. CITY OF CHICAGO ET AL. C. A. 7th Cir. Motion of respondents to disqualify counsel for petitioners denied. Certiorari denied. ■

No. 87–1343. SHIMODA, ADMINISTRATOR, OAHU COMMUNITY CORRECTIONAL CENTER, ET AL. v. AKAO ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition. ■

No. 87–1347. ZIMMERMAN, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL. v. PARA-PROFESSIONAL LAW CLINIC ET AL. C. A. 3d Cir. Motion of respondents Jabbar, Williams, and Clifton for leave to proceed *in forma pauperis* granted. Certiorari denied. ■

No. 87–1354. CBS INC. ET AL. v. BROWN & WILLIAMSON TOBACCO CORP. C. A. 7th Cir. Motion of Capital Cities/ABC, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ■

No. 87–1430. LOU v. BELZBERG ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition. ■